UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT ANTHONY CALLENDER,<br><br>    Plaintiff,<br><br>vs.<br><br>SCHELLENBERG, et al.,<br><br>    Defendants. | 1:18-cv-01235-DAD-GSA-PC<br><br>**ORDER IN RESPONSE TO REQUEST FOR CLARIFICATION**<br>**(ECF No. 12.)**<br><br>**ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS**<br><br>**TWENTY-DAY DEADLINE TO FILE OBJECTIONS** |

Plaintiff, Vincent Anthony Callender, is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. On September 12, 2018, Plaintiff filed the Complaint commencing this action. (ECF No. 1.)

On November 18, 2019, Plaintiff filed a request for the court to clarify which of his two cases titled Callender v. Schellenberg is active. This case, 1:18-cv-01235-DAD-GSA-PC, is pending and active. However, Plaintiff's other case, titled Callender v. Schellenberg, 1:19-cv-00185-DAD-BAM-PC, was dismissed on September 10, 2019. (ECF No. 12 in case 1:19-cv-00185-DAD-BAM-PC.)

Plaintiff is advised that findings and recommendations are pending in this case. On October 29, 2019, the court entered findings and recommendations in this case recommending

1

that this case be dismissed, with prejudice, for failure to state a claim, failure to obey a court order, and failure to prosecute. (ECF No. 11.) Plaintiff was granted fourteen days from the date of service of the findings and recommendations in which to file objections. (Id.) Plaintiff has not filed objections. As it appears that Plaintiff is unsure that these findings and recommendations are pending, the court shall grant Plaintiff an extension of time in which to file objections to the findings and recommendations. Plaintiff's objections shall now be due within **twenty days** of the date of service of **this order**.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's request for clarification, filed on November 18, 2019, is GRANTED and RESOLVED by this order;
2. Plaintiff is GRANTED an extension of time in which to file objections to the findings and recommendations entered on October 29, 2019;
3. Plaintiff's objections to the findings and recommendations are now due within twenty days of the date of service of this order.

IT IS SO ORDERED.

Dated:   **November 22, 2019**                   **/s/ Gary S. Austin**
                                                 UNITED STATES MAGISTRATE JUDGE